UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
*West Palm Beach Division*

| | |
|---|---|
| **TACTICAL AIR DEFENSE SERVICES, INC.,**<br><br>Debtor | Case No. 10-22515-BKC-PGH<br><br>Chapter 7 Involuntary |

**NOTICE OF FILING ALLEGED DEBTOR'S WITNESS LIST FOR EVIDENTIARY HEARING ON ITS EMERGENCY MOTION TO DISMISS (CP #7) AND EMERGENCY MOTION TO REQUIRE PETITIONING CREDITOR TO FURNISH BOND (CP #8)**

**TACTICAL AIR DEFENSE SERVICES, INC. (**"TADS"**),** the Alleged Debtor herein, by and through undersigned counsel, respectfully files its Witness List in connection with the Evidentiary Hearing scheduled for 1:30 p.m. on May 14, 2010:

ALEXIS KORYBUT

TADS is unable to file a factual Stipulation, as counsel for the Petitioning Creditor has filed a Motion to Withdraw, and indicates that he is not a position to stipulate to any facts.

Respectfully submitted,

*/s/ Ronald Neiwirth*
_____
Ronald G. Neiwirth
Fla. Bar No. 152175
Email: rneiwirth@fowler-white.com
Jonathan B. Butler
Fla. Bar No. 56197
Email: jbb@fowler-white.com

FOWLER WHITE BURNETT P.A.
Espirito Santo Plaza, 14th Floor
1395 Brickell Avenue
Miami, Florida 33131-3302
Telephone: (305) 789-9200
Facsimile: (305) 789-9201

Case No. 10-22515-BKC-PGH

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on May 13, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                        /s/ Ronald G. Neiwirth
                                        Ronald G. Neiwirth

**Service List**

Stuart A. Young, Esq.
1860 Forest Hill Blvd.
Suite 201
West Palm Beach, FL 33406
syoungesq@aol.com

Office of the U.S. Trustee
51 S.W. First Avenue
12th Floor
Miami, FL 33130