UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
*Miami Division*

| | |
|---|---|
| IN RE:<br><br>TACTICAL AIR DEFENSE SERVICES, INC.,<br><br>Debtor. | Case No. 10-22515-BKC-PGH<br>Chapter 7 Involuntary |
| IN RE:<br><br>TACTICAL AIR DEFENSE SERVICES, INC.,<br><br>Debtor. | Case No. 10-32694-BKC-PGH<br>Chapter 7 Involuntary |

**MOTION FOR CONSOLIDATION OF CASES**

The former Alleged Debtor, TECHNICAL AIR DEFENSE SERVICES, INC. ("TADS" or "ALLEGED DEBTOR"), respectfully moves this Honorable Court for an Order consolidating these two involuntary bankruptcy cases into a single case, under the earlier docket number. In support thereof, TADS would respectfully submit the following:

1. TADS I (Case No. 10-22515-BKC-PGH). On May 7, 2010, MARK DANIELS ("DANIELS") filed a single-creditor involuntary petition against TADS. An Emergency Motion was made to dismiss the case. On May 14, 2010, this Court entered its Order Granting the Emergency Motion of TADS to Dismiss DANIELS' Involuntary Case (C.P. 18), and further providing that the dismissal was with prejudice to any subsequent filing by DANIELS or any of his insiders or affiliates, as that term is used in the Bankruptcy Code. Moreover, DANIELS undertook not to solicit or encourage anyone else to file an involuntary petition against TADS.

Case No. 10-22515-BKC-PGH<br>
Case No. 10-32694-BKC-PGH

2.      TADS II (Case No. 10-32694-BKC-PGH). Notwithstanding DANIELS' undertaking and the terms of the Order, on August 3, 2010 another involuntary petition was filed against TADS - this time in Miami-Dade County, Florida. Of the petitioning (alleged) creditors, both corporate petitioners were insiders and/or affiliates of DANIELS, while the individual petitioning creditor's claim was, and remains subject to a clear dispute. Judge Isicoff dismissed the second petition against TADS, but reserved jurisdiction for the consideration of damages and sanctions against the Petitioning Creditors, and transferred the case to this Court, wherein the first TADS involuntary petition had been filed.

### The Current Situation

3.      TADS has moved to reopen the first involuntary bankruptcy case in order to proceed against DANIELS for sanctions and contempt, by reason of his fomenting the second involuntary petition. This Court has entered an Order granting the Motion to Reopen the Case (C.P. # 27), and set a deadline of thirty (30) days within which to file appropriate papers, or else the case will be closed again. Meanwhile, TADS is also preparing a Motion with respect to the Petitioning Creditors on the second case, for damages and sanctions.

4.      There is considerable overlap in the factual issues and the proofs as among the first set of claims against DANIELS, and the second set of claims against the Petitioning Creditors in TADS II, who were procured by DANIELS.[1]

---

[1] Interestingly, DANIELS had brought VICTOR MILLER, principal of AIR-1 FLIGHT SUPPORT, INC., and ALEX BARANOV, principal of NORTH AMERICAN TACTICAL AVIATION, INC., to the Bankruptcy Court with him on the day that the first TADS Petition was dismissed.

Case No. 10-22515-BKC-PGH<br>Case No. 10-32694-BKC-PGH

5. As a result, TADS would respectfully submit that there will be a considerable savings of time and effort, including scarce judicial resources, to be created by consolidating the two cases, and hearing the two Motions together.

6. Since both cases started with involuntary petitions filed against the same Alleged Debtor, and given the considerable overlap of factual and legal issues in respect of the two proposed Motions, seeking contempt and sanctions on the one hand; and sanctions and damages on the other, consolidation of the two cases would be in the best interest of the former Alleged Debtor, and in the best interest of preservation of time and resources, including scarce judicial resources.

WHEREFORE, TADS respectfully prays for an Order to be entered consolidating the two above-entitled involuntary cases under the earlier docket number, Case No. 10-22515-BKC-PGH and directing that all further pleadings and papers filed shall be filed under that case number.

Respectfully submitted,

_____
Ronald G. Neiwirth
Fla. Bar No. 152175
Email: rneiwirth@fowler-white.com

FOWLER WHITE BURNETT P.A.
Espirito Santo Plaza, 14th Floor
1395 Brickell Avenue
Miami, Florida 33131-3302
Telephone: (305) 789-9200
Facsimile: (305) 789-9201

Case No. 10-22515-BKC-PGH<br>
Case No. 10-32694-BKC-PGH

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 25th day of October 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Ronald G. Neiwirth
Ronald G. Neiwirth

**SERVICE LIST**

Mario D. German, Esq.
55 N.E. 5th Avenue
Suite 501
Boca Raton, FL 33432
  mdgbjcnotices@gmail.com

Stuart A. Young, Esq.
1860 Forest Hill Blvd.
Suite 201
West Palm Beach, FL 33406
   syoungesq@aol.com

Office of the U.S. Trustee
51 S.W. First Avenue
Suite 1204
Miami, FL 33130 33130