

**ORDERED in the Southern District of Florida on November 24, 2010.**

Paul G. Hyman, Chief Judge
United States Bankruptcy Court

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:

TACTICAL AIR DEFENSE SERVICES, INC.

Case No. 10-22515-PGH
Chapter 7

Debtor.
_____/

ORDER GRANTING MOTION TO WITHDRAW

THIS CAUSE having come before the Court on November 23, 2010, on the Motion to Withdraw as counsel for Creditor, MARK DANIELS, of STUART A. YOUNG, Esq., and YOUNG & BROOKS, P.A., and the Court being fully advised in the premises, it is hereby

ORDERED AND ADJUDGED as follows:

1.  STUART A. YOUNG and YOUNG & BROOKS, P.A. may withdraw as counsel for Creditor, MARK DANIELS, and shall have no further professional responsibility herein.

2.	If the Creditor, MARK DANIELS, desires to obtain new counsel, he should do so as soon as reasonably possible as this cause will not be delayed due to untimely retention of new counsel.

3.	All papers relating to this action shall be served at the last known address of the Creditor, MARK DANIELS, at 4521 PGA Boulevard, #350, Palm Beach Gardens, FL 33418.

# # #

Submitted by:

Stuart A. Young, Esq.
1860 Forest Hill Boulevard
Suite 201
West Palm Beach, FL 33406
Tel: (561) 433-4200
Fax: (561) 433-2988
E-Mail: syoung@ybplaw.com

[Stuart A. Young, Esq. is directed to serve copies of this order on all parties listed and file a certificate of service]